In the Matter of REGINALD LUSH, Appellant, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, et al., Respondents.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.